**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

KARL AND SARAH FEIGLEY,

Plaintiffs,

v.

FCA US, LLC, D/B/A JEEP, a corporation,

Defendant.

Case No. 3:26-CV-00060-ART-CLB

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

[ECF No. 13]

Before the Court is Robert B. Katz and Amar Law Group, PLLC's (collectively referred to as "Counsel") motion to withdraw as counsel for Plaintiffs Karl and Sarah Feigley. (ECF No. 13.) Defendant FCA US, LLC, D/B/A Jeep filed a non-opposition, (ECF No. 14), and Plaintiffs did not oppose the motion. Moreover, counsel certified that the motion to withdraw was served on Plaintiffs. (ECF No. 13 at 5.)

Good cause appearing, the motion to withdraw, (ECF No. 13), is **GRANTED**. The Clerk shall update the docket to reflect the following physical address for Plaintiffs and email addresses. In addition, a copy of this order and all documents hereafter filed shall be served on Plaintiffs at the following address:

**KARL AND SARAH FIEGLEY**
**9174 Wild Skys Way**
**Reno, NV 89523**
**Email: kafeigley@gmail.com**
**sgfeigley@gmail.com**

**IT IS SO ORDERED.**

**DATED**: September 24, 2026.

**UNITED STATES MAGISTRATE JUDGE**