**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **KARL** and **SARAH FEIGLEY**, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>**FCA US LLC** dba **JEEP**, a corporation.<br><br>Defendant. | Case No: 3:26-cv-00060-ART-CLB<br><br>**ORDER GRANTING** |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs, Karl and Sarah Feigley, *in pro se*, and Defendant, FCA US LLC, by its attorneys, Nersesian & Sankiewicz, stipulate that this matter be dismissed with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

each party to bear their own costs and attorney fees.

DATED: November 19, 2026

*/s/ Karl Feigley*
Karl Feigley

*/s/ Sarah Feigley*
Sarah Feigley
9178 Wild Skies Way
Reno, Nevada 89523

Plaintiffs

DATED: November 19, 2026

*/s/ Robert A. Nersesian*
Robert A. Nersesian
Nevada Bar No. 2762
528 S. Eighth Street
Las Vegas, Nevada 89101
702-385-5454

Attorneys for Defendant

IT IS SO ORDERED:

Anne R. Traum
United States District Judge

Dated this 23rd day of November, 2026.